# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

MAURICE EDWARD BRAHIER,  :
The People of their United States of
the United States of America,  :

     Plaintiff,  :    Case No.  3:04MC00020

vs.  :    District Judge Walter Herbert Rice
     Magistrate Judge Sharon L. Ovington

JAMES BONINI,  :

     Defendant.  :

---

## ORDER

---

    The Court has reviewed *de novo* the Report and Recommendations of United States Magistrate Judge Sharon L. Ovington (Doc. #7), to whom this case was originally referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby adopts said Report and Recommendations.

    Accordingly, the Court **ORDERS** that:

1.    The Report and Recommendations filed on February 8, 2005 (Doc. #7) is ADOPTED in full;

2.    Plaintiff's Demand for Certification to the Supreme Court of the United States of America and Demand for Impressions from the Supreme Court (Doc. #1) is DISMISSED; and

3.    The case is terminated on the docket of this Court.

                   _____
                      Walter Herbert Rice
                United States District Judge